UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CREATIVE HOME DESIGNS, INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:06-CV-0039 |
| | )  Judge Echols |
| FRED FRANCIS BUILDERS, L.P., | ) |
| FRED FRANCIS, and CHRIS TURNER, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants Fred Francis Builders, L.P. and Fred Francis' Motion to Bifurcate (Docket Entry No. 34) is hereby DENIED. This case is returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 16.01.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE