IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CREATIVE HOME DESIGNS, INC.    )
    )    No. 3-06-0039
v.    )
    )
FRED FRANCIS BUILDERS, L.P.;    )
FRED FRANCIS; CHRIS TURNER;[1]    )
and IMAGINE HOME DESIGN, LLC    )

O R D E R

Pursuant to the order entered March 3, 2008 (Docket Entry No. 114), counsel for the parties called the Court on March 27, 2008, at which time the following matters were addressed:

1.    Defendant Turner has produced documents in CD format responsive to plaintiff's requests for production of documents nos. 5, 6, and 9, as addressed at the case management conference held on February 28, 2008, and in the March 3, 2008, order.

2.    Defendant's counsel advised that he had received the first set of 35 vignettes, which he will provide to the plaintiff by March 28, 2008, and that he anticipates that the remaining vignettes will be produced in accord with the March 3, 2008, order.

3.    Counsel addressed whether the defendant's customer list or names of his customers are covered or should be covered under the protective order entered March 27, 2006 (Docket Entry No. 30), and whether the plaintiff is precluded from bringing a separate action against any of those customers.

The plaintiff shall provide the defendant a letter, setting forth its position with specificity. The defendant shall then respond to the plaintiff's letter. Thereafter, if necessary and appropriate, the plaintiff may file a motion to clarify or modify the protective order.

---

[1] Pursuant to the stipulation of dismissal filed on November 13, 2006 (Docket Entry No. 67), and the order entered November 28, 2006 (Docket Entry No. 69), the plaintiff's claims against Fred Francis Builders, L.P., and Fred Francis were dismissed.

Counsel for the parties shall convene another telephone conference call with the Court on **Thursday, April 17, 2008, at 4:00 p.m.,** to be initiated by plaintiff's counsel, to address the defendant's production as directed in the March 3, 2008, order, and any other appropriate matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge